# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT RIGGINS,<br><br>　　　　Petitioner,<br><br>v.<br><br>MICHIGAN DEPARTMENT OF CORRECTIONS,<br><br>　　　　Respondent. | Case No. 18-10715<br>Honorable Laurie J. Michelson |

## ORDER DISMISSING CASE AS MOOT

On March 1, 2018, Robert Riggins filed a petition for writ of habeas corpus. (R. 1.) But, having reviewed publicly-available Michigan Department of Corrections information, the Court discovered that Riggins was released from prison on June 23, 2018 without any parole period. *See* MDOC Offender Tracking Information System, http://mdocweb.state.mi.us/otis2/otis2profile.aspx?mdocNumber=163694 (last accessed on Sept. 14, 2018). So on September 17, 2018, the Court entered an order for Riggins to show cause why the case should not be dismissed as moot. (R. 7.) Riggins had until October 4, 2018 to respond. (*Id*.) The order further advised that failure to comply with this order may result in dismissal of this case. (*Id*.)

It is now October 10, 2018 and Riggins has failed to respond or otherwise satisfy the show cause order. Accordingly, the Court will DISMISS Riggins' petition.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　s/Laurie J. Michelson
　　　　　　　　　　　　　　　　　　LAURIE J. MICHELSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date: October 11, 2018

I hereby certify that a copy of the foregoing document was served upon Petitioner on this date, October 11, 2018, by first-class U.S. mail.

<u>s/William Barkholz</u>
Case Manager